UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| LOUIS D. BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:06-cv-1344-DFH-TAB |
| | ) | |
| JERRY BIPPUS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# E N T R Y

    The motion to dismiss filed by defendants Gonyou and Beard on January 3, 2007, is **denied without prejudice.** The reasons are that (1) the motion does not recite that a copy was served *on the plaintiff in this case,* (2) the motion rests on materials outside the record but lacks an evidentiary basis for a large portion of the factual assertions in the supporting memorandum, (3) the motion does not clearly distinguish between its failure to state a claim rationale and its lack of subject matter jurisdiction rationale, although the latter must be considered first, *Winslow v. Walters,* 815 F.2d 1114, 1116 (7th Cir. 1987), (4) reliance on the *Rooker-Feldman* doctrine based on a decision issued after the filing of the lawsuit in this court is highly problematic, *Taliaferro v. Darby Township Zoning Bd.,* 458 F.3d 181, 192 (3d Cir. 2006)("[A]pplication of the Rooker-Feldman doctrine is necessarily limited to 'cases brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments.'" )(quoting Exxon Mobile Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 284 (2005)), and (5) the motion as a whole lacks the precision of analysis needed to support the outcome which these defendants seek.

    So ordered.

*David F. Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date: January 8, 2007

Distribution:

Louis D. Butler
3046 West Vermont Street
Indianapolis, IN 46222

Eleanor Kristyne Finnell
OFFICE OF CORPORATION COUNSEL
efinnell@indygov.org

Gregory J. Ullrich
HEALTH AND HOSPITAL CORP. OF MARION CO.
gullrich@hhcorp.org